PD-0011-15

Cause No. _PD-0011-15_

Howard Harris, Jr.                    *         In the Court of
          V.                          *         Criminal Appeals
The State of Texas                    *         of Texas

FILED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

PRO SE MOTION REQUESTING LEAVE
TO FILE AN ORIGIONAL COPY ONLY OF
THE PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the appellant / petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an origional copy only of the petition for discretionary review and in support there of would show the Court the following:

1. The style and appeal number in the Tenth Court of Appeals is: Howard Harris, Jr. V. The State of Texas, appeal no. 10-13-00313-CR.

2. The appellant / petitioner moves that pursuant to Rule 2 of the Texas Rules of Appellate Procedure this Court suspend Rule 9.3 (b). Texas Rules of Appellate Procedure that requires the filing of eleven (11) copies of the petition for discretionary review with the court.

3. The facts relied upon to show good cause for this request are as follows: The appellant / petitioner is indigent and incarcerated and does not have access to a photo copier. The appellant / petitioner is not represented by counsel and intends to file a Pro Se petition for discretionary review.

1.

Wherefore, Premises Considered, the appellant / petitioner respectfully request that this Honorable Court grant leave to file an origional copy only of the petition for discretionary review.

Respectfully submitted,

*Howard Harris*

Howard Harris, Jr. Pro Se
TDCJ No. 1882438
Berry Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

## Certificate of Service

The Appellant / Petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of the District Attorney for Brazos County and mailed via U.S. Mail to the State Prosecuting Attorney at 300 E. 26th Street, Suite 310 Bryan Texas 77803.

Executed on the 10 day of Febuary 2015.

*Howard Harris*

Howard Harris, Jr.
Pro Se.

2.